IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SETH WILLIAM NORTON,** | : | **CIVIL ACTION NO. 1:22-CV-418** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **PRIMECARE MEDICAL SERVICES,** *et al.*, | : | |
| Defendants | : | |

### ORDER

AND NOW, this 3rd day of May, 2023, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. This case is DISMISSED with prejudice for plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

2. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania